# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3957
_____

DEPARTMENT OF HEALTH,

Appellant,

v.

JOSEPH A. ASTAPHAN,

Appellee.

_____

On appeal from the Division of Administrative Hearings.
Mary Li Creasy, Administrative Law Judge.

June 10, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellant.

Sean M. Ellsworth, Ellsworth Law Firm, P.A., Miami Beach, for Appellee.